**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-1813**

─────────

SANDRA TURY,

Plaintiff - Appellant,

and

R. TURY,

Plaintiff,

versus

R.H. PETERS CHEVROLET, INCORPORATED, a
corporation,

Defendant - Appellee,

and

THE HUNTINGTON NATIONAL BANK,

Defendant.

─────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. Elizabeth V. Hallanan,
Senior District Judge. (CA-98-924-2)

─────────

Submitted: August 30, 2000      Decided: September 6, 2000

─────────

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Sandra Tury, Appellant Pro Se.  Frank M. Armada, Hurricane, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sandra Tury appeals the district court's order dismissing her civil action.  She claims that the district court erred in denying her Fed. R. Civ. P. 60(b) motion to reconsider its order dismissing her complaint because her attorney did not act in accordance with her wishes.  This issue is a contractual matter between Tury and her attorney, and is not a basis upon which to reinstate her action against Appellee.  See generally Sanchez v. United States Postal Serv., 785 F.2d 1236, 1237 (5th Cir. 1986) (holding that there is no right to effective assistance of counsel in civil cases).  Thus, the district court did not abuse its discretion in denying Tury's Rule 60(b) motion.  Accordingly, we affirm on the reasoning of the court.  See Tury v. R.H. Peters Chevrolet, Inc., No. CA-98-924-2 (S.D.W. Va. May 18, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2